CF
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
　§
Nguyen, Dan Dinh § Case No. 12-13087-PHX RJH
Dang, Minh §
　§
　§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter　　of the United States Bankruptcy Code was filed on　　　. The undersigned trustee was appointed on　　　　.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of　　　　　$

　　Funds were disbursed in the following amounts:

　　Payments made under an interim disbursement
　　Administrative expenses
　　Bank service fees
　　Other payments to creditors
　　Non-estate funds paid to 3rd Parties
　　Exemptions paid to the debtor
　　Other payments to the debtor

　　Leaving a balance on hand of[1]　　　　　$

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/CONSTANTINO FLORES_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-13087-PHX   RJH   Judge: JUDGE RANDOLPH J. HAINES | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|
| Case Name: | Nguyen, Dan Dinh | Date Filed (f) or Converted (c): | 06/12/12 (f) |
| | Dang, Minh | 341(a) Meeting Date: | 07/16/12 |
| For Period Ending: | 11/14/13 | Claims Bar Date: | 08/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PERSONAL RESIDENCE AT 1113 W GRANDVIEW ST, MESA, A | 104,300.00 | 0.00 | | 0.00 | FA |
| 2. BANK OF ARIZONA CHECKING ACCT ***5552 BANK OF ARIZ | 10.05 | 0.00 | | 0.00 | FA |
| 3. STOVE $150, REFRIGERATOR $200, WASHING MACHINE $10 | 1,600.00 | 0.00 | | 0.00 | FA |
| 4. PICTURES $30, BOOKS $20, | 50.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING FOR TWO ADULTS AND THREE CHILDREN | 400.00 | 0.00 | | 0.00 | FA |
| 6. EARINGS AND NECKLACES $50 | 50.00 | 0.00 | | 0.00 | FA |
| 7. BIKE $50, SEWING MACHINE $50, CAMERA $100, EXERCIS | 230.00 | 180.00 | | 0.00 | FA |
| 8. FIDELITY INVESTMENT 401K | 8,923.00 | 0.00 | | 0.00 | FA |
| 9. 2006 ACURA TSX SEDAN 4DR IN GOOD CONDITION WITH 64 | 15,000.00 | 0.00 | | 0.00 | FA |
| 10. DOG AND FISH | 200.00 | 0.00 | | 0.00 | FA |
| 11. FEDERAL TAX REFUND (u) | 0.00 | 6,971.00 | | 6,971.00 | FA |
| TOTALS (Excluding Unknown Values) | $130,763.05 | $7,151.00 | | $6,971.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUMBITTED TO UST FOR APPROVAL ON 08/30/13

PREPARING TFR TO SUBMIT FOR UST APPROVAL

Initial Projected Date of Final Report (TFR): 02/28/14    Current Projected Date of Final Report (TFR): 02/28/14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 12-13087-PHX -RJH |
| Case Name: | Nguyen, Dan Dinh |
| | Dang, Minh |
| Taxpayer ID No: | 30-6362597 |
| For Period Ending: | 11/14/13 |

| | |
|---|---|
| Trustee Name: | CONSTANTINO FLORES |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1958  Checking Account |
| Blanket Bond (per case limit): | $ 82,080,307.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/13 | 11 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX REFUND | | 6,971.00 | | 6,971.00 |
| | | | Memo Amount:     3,380.47 | 1224-000 | | | |
| | | | FEDERAL INCOME TAX REFUND | | | | |
| | | | Memo Amount:     3,350.18 | 1280-000 | | | |
| | | | REFUND TO DEBTOR(S) | | | | |
| | | | Memo Amount:       240.35 | 1229-000 | | | |
| | | | NON-EXEMPT WAGES | | | | |
| 05/19/13 | 005001 | Dan Dinh Nguyen | REFUND TO DEBTOR(S) | 8500-000 | | 3,350.18 | 3,620.82 |
| | | Minh Dang | | | | | |
| | | 1113 W Grandview St | | | | | |
| | | Mesa, AZ  85201 | | | | | |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,605.82 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,590.82 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,575.82 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,560.82 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 6,971.00 | COLUMN TOTALS | 6,971.00 | 3,410.18 | 3,560.82 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 6,971.00 | 3,410.18 | |
| Memo Allocation Net: | 6,971.00 | Less:  Payments to Debtors | | 3,350.18 | |
| | | Net | 6,971.00 | 60.00 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 6,971.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******1958 | 6,971.00 | 60.00 | 3,560.82 |
| Total Memo Allocation Net: | 6,971.00 | | 6,971.00 | 60.00 | 3,560.82 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | Page Subtotals | 6,971.00 | 3,410.18 | |

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24                                                                                                     Ver: 17.03a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-13087-PHX -RJH | | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|---|
| Case Name: | Nguyen, Dan Dinh | | Bank Name: | UNION BANK |
| | Dang, Minh | | Account Number / CD #: | *******1958 Checking Account |
| Taxpayer ID No: | 30-6362597 | | | |
| For Period Ending: | 11/14/13 | | Blanket Bond (per case limit): | $ 82,080,307.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********1958

| | | | | Page Subtotals | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: November 14, 2013

Case Number: 12-13087-PHX
Debtor Name: Nguyen, Dan Dinh

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| A1 001 2700-00 | BANKRUPTCY CLERK'S OFFICE U.S. BANKRUPTCY COURT 230 N. FIRST AVENUE, SUITE 101 PHOENIX, AZ 85003 | Administrative | | $0.00 | $260.00 | $260.00 |
| 000001 070 7100-00 | Asset Acceptance LLC Po Box 2036 Warren MI 48090 | Unsecured | | $0.00 | $7,579.00 | $7,579.00 |
| 000002 070 7100-00 | FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | Unsecured | | $0.00 | $4,594.58 | $4,594.58 |
| 000003 070 7100-00 | FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000004 070 7100-00 | FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | Unsecured | | $0.00 | $5,004.45 | $5,004.45 |
| 000005 070 7100-00 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $0.00 | $791.17 | $791.17 |
| 000006 080 7200-00 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured | | $0.00 | $185.06 | $185.06 |
| D1 999 8500-00 | Dan Dinh Nguyen Minh Dang 1113 W Grandview St Mesa, AZ 85201 | Unsecured | | $0.00 | $3,350.18 | $3,350.18 |
| | Case Totals: | | | $0.00 | $21,764.44 | $21,764.44 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-13087-PHX RJH
Case Name: Nguyen, Dan Dinh
                Dang, Minh
Trustee Name: CONSTANTINO FLORES

      Balance on hand                                                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CONSTANTINO FLORES | $ | $ | $ |
| Trustee Expenses: CONSTANTINO FLORES | $ | $ | $ |
| Charges: BANKRUPTCY CLERK'S OFFICE | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses      $_____

      Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be   percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | $ | $ | $ |
| 000005 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | $ | $ | $ |

  Total to be paid to timely general unsecured creditors  $_____

  Remaining Balance  $_____

  Tardily filed claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors     $_____

    Remaining Balance     $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE